UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
DAVID YOUNGE,                                    :
                                                 :
        Plaintiff,                                :
                                                 :   CASE NO.: 19-cv-11574-PAE
                                                 :
  -against-                                     :
                                                 :
AIRCASTLE LIMITED, MICHAEL J.                    :
INGLESE, AARON DAHLKE, PETER V.                  :
URBERROTH, RONALD W. ALLEN,                      :
GIOVANNI BISIGNANI, MICHAEL J. CAVE,             :
DOUGLAS A. HACKER,  JUN HORIE,                   :
TAKASHI KURIHARA, TAKAYUKI                       :
SAKAKIDA, RONALD L. MERRIMAN,                    :
AGNES MURA, and CHARLES E. POLLARD,              :
                                                 :
        Defendants.                               :
------------------------------------------------- X

## NOTICE OF DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 26, 2020                            Respectfully Submitted,

                                                                   **MONTEVERDE & ASSOCIATES PC**

                                                                   */s/ Juan E. Monteverde*
                                                                   Juan E. Monteverde (JM-8169)
                                                                   The Empire State Building
                                                                   350 Fifth Avenue, Suite 4405
                                                                   New York, New York 10118
                                                                   Tel: 212-971-1341
                                                                   Fax: 212-202-7880

                                                                   *Attorney for Plaintiff*